# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAPIER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCEL CORPORATION, a California Corporation, dba, Jersey Mike's Subs #20090; PK I PAVILLIONS PLACE, a Delaware Limited Partnership, and DOES 1-10, inclusive,<br>　　　　　Defendant. | Case No.: 8:17-CV-00773-JVS-KES<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Suzanne Napier ("Plaintiff") and PK I PAVILLIONS PLACE, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 25, 2017

_____
UNITED STATES DISTRICT JUDGE